**Exhibit A to the Complaint**

**Location:** San Jose, CA   **IP Address:** 23.116.236.14
**Total Works Infringed:** 54   **ISP:** AT&T U-verse

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 291F2552BA28D9FEAC1BB52BA9C8B7320A93860A | Blacked Raw | 04/03/2018 05:49:27 | 03/28/2018 | 04/07/2018 | PA0002091513 |
| 2 | 097F3D08B5C5DDCC34B253B94F3F3E7D04E93E77 | Blacked | 02/10/2018 03:22:59 | 02/09/2018 | 02/16/2018 | 16331855770 |
| 3 | 0C2D2AF909E34FDBC87E8C0E4DE38D6A0F2428A4 | Vixen | 05/12/2017 11:18:16 | 05/09/2017 | 06/22/2017 | PA0002039298 |
| 4 | 0DA92DD49324311ECE31B5FE6234CBC444222236 | Vixen | 06/06/2017 00:11:50 | 05/29/2017 | 06/22/2017 | PA0002039292 |
| 5 | 104A070B3C1EAE224A2AE6095147C8F7AFCA010B | Vixen | 04/03/2018 05:37:59 | 02/13/2018 | 02/17/2018 | 16335134323 |
| 6 | 107612C476930A51D89F74ED85B69D536C61D952 | Vixen | 11/28/2017 18:02:41 | 11/15/2017 | 11/21/2017 | 16013342550 |
| 7 | 13FFDD00D2E03C6F103DB775A870C2B0BD35070E | Tushy | 06/06/2017 18:54:54 | 05/31/2017 | 06/22/2017 | PA0002039299 |
| 8 | 17BFC1D094E1168CF066DD74A1CEF1F1E1000853 | Vixen | 08/25/2017 07:04:13 | 06/18/2017 | 07/07/2017 | PA0002070833 |
| 9 | 1955DF5BFBEC5C70C682AE206E2209755F572760 | Blacked | 06/28/2017 22:48:46 | 06/14/2017 | 07/07/2017 | PA0002070824 |
| 10 | 1A1CA004C58E86F2113AD02995E1387B4A025D32 | Blacked | 05/27/2017 15:18:47 | 05/15/2017 | 06/22/2017 | PA0002039283 |
| 11 | 1E88257B5A7E167737FB457C5D93EF92AE972CC2 | Blacked | 01/05/2018 08:16:19 | 12/31/2017 | 01/18/2018 | 16199943531 |
| 12 | 1F93EF17E2B175637C15942BE98DFEB4FEF0C797 | Tushy | 04/02/2018 08:18:56 | 03/27/2018 | 04/07/2018 | 16490950464 |
| 13 | 21D3700D91A9A538FF8D94300B85D6A482220565 | Vixen | 12/29/2017 00:45:13 | 12/20/2017 | 01/18/2018 | 16199943862 |
| 14 | 288E0948405109A670950D4BA16470FD2A5D75C3 | Vixen | 04/03/2018 12:26:13 | 03/10/2018 | 03/15/2018 | 16490992224 |
| 15 | 37107D709399CD5D5D227EF421460DEED14EEDC8 | Blacked | 06/12/2017 19:58:29 | 06/09/2017 | 07/07/2017 | PA0002070825 |
| 16 | 38262352A10DC315E9CEFCA244BDD920156F0E4E | Blacked | 01/23/2018 16:28:53 | 01/20/2018 | 02/03/2018 | 16335134702 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 3DC944A1AD966BC9391CEC53DEE47573EDCCB5A8 | Blacked | 12/06/2017 15:45:24 | 12/01/2017 | 12/17/2017 | 16159649724 |
| 18 | 3DE366201F8A70D30C2A1555729BC114CE3EB953 | Tushy | 11/10/2017 18:38:01 | 10/23/2017 | 11/15/2017 | 16013254380 |
| 19 | 43D5AADB5699D50F9B695E629D7DC6CB0D5AB7C3 | Blacked | 07/05/2017 04:16:30 | 06/29/2017 | 07/07/2017 | PA0002070821 |
| 20 | 44943F07B9E0C7D1E1E9B164C683075B49EA5103 | Vixen | 11/29/2017 22:54:24 | 11/10/2017 | 11/21/2017 | 16013343018 |
| 21 | 449D7C2378C9C0A9BCEAB2874C7CB36B06526723 | Tushy | 06/10/2017 17:09:29 | 05/16/2017 | 06/22/2017 | PA0002039300 |
| 22 | 44F643A5684F6EECC6998380F393ED555B40E86B | Blacked | 11/10/2017 17:17:06 | 11/01/2017 | 11/15/2017 | 16013342262 |
| 23 | 4A1780EB0A60E46C96E4099F658B26C45D741B00 | Blacked | 11/27/2017 17:50:29 | 11/16/2017 | 11/18/2017 | 16020392782 |
| 24 | 4A800E24DA1F682F4055A21FA09B6119AE64951E | Blacked | 06/02/2017 23:43:02 | 05/25/2017 | 06/22/2017 | PA0002039290 |
| 25 | 4B0E37EA68A211FEDF9426703AD13C1DAFEC931D | Vixen | 07/24/2017 17:33:58 | 07/18/2017 | 08/10/2017 | PA0002046875 |
| 26 | 4F7139C846BE05C351E2480631BBC349C6E66359 | Vixen | 01/04/2018 18:21:21 | 12/30/2017 | 01/18/2018 | PA0002070944 |
| 27 | 642DDF62B3A5E46DF06C02CFACBC7171C8FC193E | Blacked | 04/04/2018 17:36:16 | 03/31/2018 | 04/07/2018 | PA0002091516 |
| 28 | 64A59E0155A476F1729AFE2417387FE8737CF0C4 | Blacked | 07/06/2017 17:38:03 | 07/04/2017 | 07/07/2017 | PA0002070819 |
| 29 | 69AD098BBE790BE118953F4FA58C656111EAFADF | Vixen | 01/10/2018 17:02:05 | 01/04/2018 | 01/18/2018 | PA0002070947 |
| 30 | 79ACDB211912A918F2CB98666BAEC68D42964C4D | Vixen | 06/12/2017 20:25:16 | 06/08/2017 | 07/07/2017 | PA0002070832 |
| 31 | 8359455E56EDB1AD829E0ACBACF1D98BD86EE2EF | Tushy | 06/14/2017 06:27:42 | 06/05/2017 | 07/07/2017 | PA0002074097 |
| 32 | 84A696B7684A9CB177F3E644DBD6C96C0E746627 | Vixen | 06/29/2017 00:56:13 | 06/23/2017 | 07/07/2017 | PA0002070829 |
| 33 | 85DD777F9EE0CFDA6DFB4197794DAF480D8516C4 | Blacked Raw | 03/22/2018 23:45:50 | 03/13/2018 | 04/07/2018 | 16490951096 |
| 34 | 87C9D2EE5F2B8A81EDC7D1417E67544C92639E73 | Vixen | 05/06/2017 05:41:49 | 05/04/2017 | 06/16/2017 | PA0002069283 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | 89E4669A62E0DD6BD2807E9FCA2E3723001AFE27 | Tushy | 03/29/2018 13:35:15 | 03/22/2018 | 04/07/2018 | 16490950860 |
| 36 | 8BD8A32C652E3385C1884BBF8CFF1C2D8D27D7BA | Vixen | 07/20/2017 09:20:30 | 07/13/2017 | 08/10/2017 | PA0002046873 |
| 37 | 8C56FC696AA633E942BD32490009D0FAE08C363F | Vixen | 12/15/2017 17:43:28 | 12/05/2017 | 12/17/2017 | 16159649863 |
| 38 | 8C8AB336816360442399E882FD45D01724315BFE | Blacked | 09/18/2017 05:05:53 | 09/12/2017 | 09/20/2017 | PA0002052846 |
| 39 | 9E7BD02A415C2714DEC270A50B12D5A12258FA36 | Tushy | 09/18/2017 05:21:53 | 09/13/2017 | 10/10/2017 | PA0002086153 |
| 40 | 9F01C28059D32E35328AA301E9F60E4FBAC1482B | Tushy | 01/05/2018 09:27:30 | 01/01/2018 | 01/18/2018 | 16215970489 |
| 41 | A9FA6BCB00C883739E7D72755145D97C30645E40 | Tushy | 10/17/2017 09:18:37 | 10/13/2017 | 10/22/2017 | PA0002058299 |
| 42 | AFD467CD6644702A843CBCDD1DAD19A3EA10863A | Blacked | 01/26/2018 22:25:51 | 01/25/2018 | 02/03/2018 | 16331855819 |
| 43 | B126E2D4AD62808FD0A74439043E474581921E4F | Blacked Raw | 03/03/2018 14:14:19 | 02/26/2018 | 03/02/2018 | 16338676992 |
| 44 | B46F6346223A7EF85430AF036DCC40D553422E04 | Blacked | 10/03/2017 05:07:44 | 09/22/2017 | 10/02/2017 | PA0002057455 |
| 45 | BC22A8633518DB95E36B8F6DF78B5F56C37D5AE1 | Blacked | 10/23/2017 18:03:03 | 10/12/2017 | 10/22/2017 | PA0002058296 |
| 46 | BC713071309BE7B20F7F2736D5DE00BD4B209CE4 | Vixen | 12/07/2017 01:51:21 | 11/25/2017 | 12/17/2017 | 16159428912 |
| 47 | BCD30484FD6B2F7566F2FC681676CFDC44F5DC0B | Blacked | 03/29/2018 18:23:04 | 03/26/2018 | 04/07/2018 | PA0002091525 |
| 48 | C0748E0520AF05444AC02D1DBA4A85FD6DEF7924 | Blacked Raw | 01/03/2018 13:36:08 | 12/28/2017 | 01/18/2018 | 16215970231 |
| 49 | D5DDC10163223248FB725AC7532A3740E9E78571 | Blacked Raw | 03/29/2018 13:45:38 | 11/08/2017 | 11/21/2017 | 16013185382 |
| 50 | D8F64BC3740763BFBA96DBD923F561C417E389F8 | Blacked | 07/13/2017 15:38:49 | 07/09/2017 | 08/17/2017 | PA0002077662 |
| 51 | DBCFC1B23A1D29A97447BECCA0826E48C21E5323 | Vixen | 03/03/2018 09:59:49 | 02/28/2018 | 03/15/2018 | 16490950592 |
| 52 | FDFAEC6BEF88533DCE6E1926BDB3795F6C3C3529 | Vixen | 05/27/2017 16:57:25 | 04/24/2017 | 06/15/2017 | PA0002037568 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 53 | FEB57B7A532E8EA76CB51CB8660750D6BC120EEE | Vixen | 08/26/2017 20:55:26 | 08/07/2017 | 08/17/2017 | PA0002077669 |
| 54 | FEBFF678BE8078D52D7202EC8733295A08C849D6 | Vixen | 07/06/2017 06:29:41 | 07/03/2017 | 07/07/2017 | PA0002070827 |