Reset Form

1

2

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

3
4
5
6
7
8

| | |
|---|---|
| Strike 3 Holdings, LLC | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| v. | ) |
| Shawn Hussey | ) |
| | ) |
| | ) |
| Defendant(s). | ) |
| | ) |

Case No: 5:18-cv-03082

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

9

10

11

12

I, Erin K. Russell _____, an active member in good standing of the bar of the State of Georgia _____, hereby respectfully apply for admission to practice ***pro hac vice*** in the Northern District of California representing: Defendant Shawn Hussey _____ in the above-entitled action. My local co-counsel in this case is Nicholas Ranallo _____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

13

14

| My address of record: | Local co-counsel's address of record: |
|---|---|
| 650 W Lake Street, Suite 210A Chicago, IL 60661 | 2443 Fillmore St., #380-7508 San Francisco, CA 94115 |

15

| My telephone # of record: | Local co-counsel's telephone # of record: |
|---|---|
| (312) 994-2424 | (831) 607-9229 |

16

| My email address of record: | Local co-counsel's email address of record: |
|---|---|
| erin@russellfirmip.com | nick@ranallolawoffice.com |

17

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 141494 .

18

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

19

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

20

***I declare under penalty of perjury that the foregoing is true and correct.***

21

Dated: 10/31/18

Erin K. Russell

22

_____
APPLICANT

23

24

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

25

26

27

IT IS HEREBY ORDERED THAT the application of Erin K. Russell _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance ***pro hac vice***. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

28

Dated:

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                              *October 2012*