```
Lincoln D. Bandlow, Esq. (CA #170449)
lbandlow@foxrothschild.com
Fox Rothschild LLP
Constellation Place
10250 Constellation Blvd., Suite 900
Los Angeles, CA 90067
Tel.: (310) 598-4150
Fax: (310) 556-9828

Attorney for Plaintiff
Strike 3 Holdings, LLC
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | Case Number: 5:18-cv-03082-NC |
| Plaintiff, | Honorable Nathaniel Cousins |
| vs. | **PLAINTIFF'S THIRD *EX-PARTE* APPLICATION FOR ADJOURNMENT OF THE INITIAL CASE MANAGEMENT CONFERENCE** |
| JOHN DOE subscriber assigned IP address 23.116.236.14, | |
| Defendant. | |

Plaintiff, Strike 3 Holdings, LLC ("Plaintiff"), makes this Third *Ex-Parte* Application for entry of an order adjourning the Initial Case Management Conference scheduled for tomorrow, December 12, 2018 at 10:00 AM, and states:

1.  There is an Initial Case Management Conference set for tomorrow, December 12, 2018 at 10:00 AM [CM/ECF 17].

2.  Due to an internal error, the conference was not placed on undersigned's calendar and was discovered today.

3.  Undersigned is unable to attend the conference as he will be traveling at the scheduled time. Additionally, undersigned is scheduled to appear at another Case Management Conference at 11:30 AM in the San Francisco Courthouse.

1

4. Plaintiff respectfully requests that the Initial Case Management Conference currently scheduled for December 12, 2018 at 10:00 A.M. be adjourned to a later date and time.

5. Counsel for Plaintiff has conferred with counsel for Defendant and they have advised that they do not oppose the request to continue the conference.

6. This application is made in good faith and not for the purpose of undue delay.

WHEREFORE, Plaintiff respectfully requests that the Initial Case Management Conference currently scheduled for December 12, 2018 be adjourned to a later date and time.  A proposed order is attached for the Court's convenience

Dated: December 11, 2018                     Respectfully submitted,

By: _____
Lincoln D. Bandlow, Esq.
FOX ROTHSCHILD LLP

*Attorney for Plaintiff*

Strike 3 Holdings, LLC

2