UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| STRIKE 3 HOLDINGS, LLC, | Case Number: 5:18-cv-03082-NC |
|---|---|
| Plaintiff, | Honorable Nathaniel Cousins |
| vs. | **ORDER ON PLAINTIFF'S THIRD *EX-PARTE* APPLICATION FOR ADJOURNMENT OF THE INITIAL CASE MANAGEMENT CONFERENCE** |
| JOHN DOE subscriber assigned IP address 23.116.236.14, | |
| Defendant. | |

THIS CAUSE came before the Court upon Plaintiff's Third *Ex-Parte* Application for an Adjournment of the Initial Case Management Conference currently scheduled for December 12, 2018 at 10:00 AM, and the Court, finding good cause, does hereby order as follows:

ORDER: Plaintiff's application is granted. The Initial Case Management Conference scheduled for December 12, 2018 at 10:00 AM is continued to December 19, 2018, at 10:00 a.m.

SO ORDERED this 12th day of December, 2018.

By: _____
United States 
Honorable Nat

1

Order on Plaintiff's Third *Ex-Parte* Application for Adjournment of the Initial Case Management Conference

Case No. 5:18-cv-03082-NC